USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/20

United State District Court
Southern District of New York
-----------------------------------------------------------x
United States of America

-against-

Luigi Caminiti
-----------------------------------------------------------x

ORDER

15 CR 491 (JSR)

RAKOFF, JED S.:

Upon the application of the defendant, Luigi Caminiti, by and through, Scott Leemon, Esq., counsel for the defendant, with the consent of the Government, by and through AUSA Samson Enzer, it is hereby ORDERED that the defendant's period of Supervised Release, is hereby terminated as of the signing of the Order.

Dated: 2/10/20
New York, New York

_____
JED S. RAKOFF, USDJ, SDNY